IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICHARD B. WEDDELL,

    Petitioner,

vs.                      CASE NO. 5:04cv396-RS

JAMES CROSBY,

    Respondent.

_____/

## ORDER

Before the court is the magistrate judge's Report and Recommendation (Doc. 12). Petitioner has not filed objections.

**IT IS ORDERED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's Petition for Habeas Corpus is denied with prejudice.

3. The clerk is directed to enter judgment accordingly and to close the file.

ORDERED on February 21, 2005.

                                               **/S/ Richard Smoak**
                                               **RICHARD SMOAK**
                                               **UNITED STATES DISTRICT JUDGE**